**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

SHAN ZIRLOTT

    VS                                      CASE NO. 5:10CV164/SPM/CJK

MICHAEL J. ASTRUE

**REFERRAL AND ORDER**

Referred to Magistrate Judge Kahn on    March 15, 2011
Type of Motion/Pleading: MOTION FOR ENLARGEMENT OF TIME (30 days
Filed by: Plaintiff       on 3/14/11     Document 20
( X ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                on             Doc.#
                                on             Doc.#
                                JESSICA J. LYUBLANOVITS
                                CLERK OF COURT

                                *s/ Katherine V. Goodman*
                                Deputy Clerk: Katherine V. Goodman

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 16th day of March, 2011, that:

(a)    The requested relief is GRANTED/~~DENIED~~.

(b)    

                                                          */s/ Charles J. Kahn, Jr.*
                                                           CHARLES J. KAHN, JR.
                                                           UNITED STATES MAGISTRATE JUDGE