IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHAN L. ZIRLOTT,

    Plaintiff,

vs.                                  CASE NO. 5:10-cv-164/RS/CJK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 24). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The applications for supplemental security income and disability insurance are denied.

3. The clerk is directed to close the file.

**ORDERED** on September 27, 2011.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**